```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 07847
   DAVID L GIVENS SR
   LANDA GIVENS                             CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-4232    SSN XXX-XX-6135

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/01/2004 and was confirmed 05/28/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 05/07/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
AURORA LOAN SERVICES      CURRENT MORTG         .00            .00            .00
AURORA LOAN SERVICES      SECURED NOT I         .00            .00            .00
CITY OF CHICAGO WATER DE  SECURED            735.00         149.32         735.00
LITTON LOAN SERVICING     CURRENT MORTG         .00            .00            .00
LITTON LOAN SERVICING     MORTGAGE ARRE     7472.15            .00        7472.15
HSBC AUTO FINANCE         SECURED           6025.00         395.46        6025.00
HSBC AUTO FINANCE         UNSEC W/INTER     1745.30         376.92        1745.30
CITY OF CHICAGO PARKING   UNSEC W/INTER     4455.00         884.47        4455.00
COMMONWEALTH EDISON       UNSEC W/INTER   NOT FILED            .00            .00
CREDIT ACCEPTANCE CORP    UNSEC W/INTER     6470.76        1397.46        6470.76
LEWIS UNIVERSITY          UNSEC W/INTER     4485.00         968.67        4485.00
NUVELL CREDIT CO LLC      UNSEC W/INTER      246.99          53.60         246.99
COMMONWEALTH EDISON       UNSEC W/INTER   NOT FILED            .00            .00
WELLNESS CENTER           UNSEC W/INTER   NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER     1168.03         250.83        1168.03
LITTON LOAN SERVICING     COST OF COLLE      550.00            .00         550.00
CITY OF CHICAGO PARKING   UNSEC W/INTER     3035.00        1052.26        3035.00
JAMES G UZZELL            REIMBURSEMENT       20.79            .00          20.79
JAMES G UZZELL            DEBTOR ATTY      3,077.00                     3,077.00
TOM VAUGHN                TRUSTEE                                       2,643.71
DEBTOR REFUND             REFUND                                          156.28

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                  RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE          47,815.00

PRIORITY                                    20.79
SECURED                                 14,782.15
   INTEREST                                544.78
UNSECURED                               21,606.08

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 07847 DAVID L GIVENS SR & LANDA GIVENS
```

```
    INTEREST                                              4,984.21
ADMINISTRATIVE                                            3,077.00
TRUSTEE COMPENSATION                                      2,643.71
DEBTOR REFUND                                               156.28
                                  ----------------    ----------------
TOTALS                                  47,815.00           47,815.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 08/27/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE